Ann Marie Friend, Esq. (SBN: 173473)
Law Office of Ann Marie Friend
A Professional Law Corporation
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorney for Debtors,
TOM & BRIGIDA NAVA

FILED
June 06, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003541217

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| IN RE: | ) | Case No.: **11-91453** |
| --- | --- | --- |
| | ) | Chapter: **7** |
| **TOM NAVA** | ) | DC No.: **AMF: 01** |
| **BRIGIDA NAVA** | ) | Date: **July 6th 2011** |
| | ) | Time: **10:30 a.m.** |
| | ) | Place: **1200 I Street Suite 4** |
| Debtor. | | **Modesto, CA** |

**MOTION TO ABANDON REAL PROPERTY – DEBTORS APARTMENT COMPLEX**

      Debtors, TOM & BRIGIDA NAVA, hereby request, pursuant to Federal Rules of Bankruptcy Procedure, Rule 6007(b), an order abandoning the debtors' apartment complex located at 216 E. Granger Ave. Modesto, CA 95350 for the reasons set forth in the declaration of Debtors, filed concurrently herewith.

Dated: 6-6-11

                              **LAW OFFICE OF ANN MARIE FRIEND
A PROFESSIONAL LAW CORPORATION**

                              /s/ Ann Marie Friend Esq
                            **ANN MARIE FRIEND, ESQ., Attorney for debtors TOM & BRIGIDA NAVA**