Ann Marie Friend, Esq. (SBN: 173473)
Law Office of Ann Marie Friend
A Professional Law Corporation
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorney for Debtors,
TOM & BRIGIDA NAVA

**FILED**
June 06, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003541219

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

IN RE:                                   ) Case No.: **11-91453**
                                         ) Chapter: **7**
                                         )
    TOM & BRIGIDA NAVA                   ) DC No.: **AMF: 01**
                                         )
                                         ) Date: **July 6th 2011**
                                         ) Time: **10:30 a.m.**
    Debtor.                              ) Place: **1200 I Street**
                                         )        **Suite 4**
                                         )        **Modesto, CA**

**DECLARATION OF DEBTORS, TOM & BRIGIDA NAVA, MOTION TO ABANDON REAL PROPERTY – DEBTORS APARTMENT COMPLEX**

We, TOM & BRIGIDA NAVE declare:

1. We are the Debtors in the above-referenced case. We state the following facts based on our own personal knowledge and know them to be true, except those facts stated on information and belief, which facts we are informed and believe to be true.

2. We are requesting that the Trustee abandon, on behalf of the Estate, our apartment complex property, located at 216 E. Granger Ave. Modesto, CA 95350 as listed on my schedule "A" ("THE PROPERTY").

3. We are informed and believe, based on our knowledge of the neighborhood, other sales and foreclosures, and general real estate knowledge, and therefore allege that THE PROPERTY is worth $1,100,000.00.
4. The property has a first mortgage of $1,158,000.00, through Pacific Western Bank, a second mortgage of $180,000.00 through California Home Loans and a third mortgage of $106,260.00 with Bill Courtney.
5. Therefore there is no equity for this property.
6. As a result, I do not believe that THE PROPERTY has any significant value for the estate. Therefore, I respectfully request that the Court grant this motion to abandon THE PROPERTY from the estate.
7. Due to the burden of administration the Chapter 7 Trustee has requested this motion be filed.

I declare under penalty of perjury that the foregoing is true and correct and if called as a witness I would testify competently thereto.

Executed on this __1__ day of June 2011, at Modesto, California.

/s/ TOM NAVA
Tom Nava

/s/ BRIGIDA NAVA
Brigida Nava

_____